MILDRED C. RITTLER *v.* EDWARD T. RITTLER
SAME *v.* SAME

[Nos. 54 and 55, October Term, 1941.]

*Decided January 13, 1942.*

The cause was argued before BOND, C. J., SLOAN, JOHNSON, DELAPLAINE, COLLINS, FORSYTHE, and MARBURY, JJ.

*Raymond M. Duvall* for the appellant.

No appearance and no brief filed for the appellee.

BOND, C. J., delivered the opinion of the Court.